UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

WILLIAM ALMAS,

Plaintiff(s),

- against -

JANUS WALDEN,
AND TRUCK VENTURE CORP Defendant(s).
--------------------------------------------------------X

CIVIL ACTION NO.
04 -2831 (ARR)

## CONSENT TO MAGISTRATE JUDGE TRIAL

We hereby consent to have the above-captioned action assigned to a United States Magistrate Judge for all purposes including entry of judgement.

We acknowledge that pursuant to Title 28, United States Code, Section 636, as amended by Section 207 of the Federal Courts Improvement Act of 1996, any appeal from civil cases tried by magistrate judges with the consent of the parties will be heard only in the Court of Appeals.

Dated: Brooklyn, New York
July 18, 2005

_____
Plaintiff or Counsel for Plaintiff(s)

_____
Defendant or Counsel for Defendant(s)

APPROVED:
_____
Steven M. Gold
United States Magistrate Judge
Eastern District of New York

SO ORDERED: 7/18/05
_____
United States District Court Judge
Eastern District of New York